### Jesse P. Bishop *v.* Ezra Williams.

When a Master has commenced proceedings under an order of reference, they should be completed by him; and the party obtaining the order cannot transfer the proceedings to another Master to be completed.

JUDGMENT creditor's bill. Motion for an attachment against defendant for not appearing before John S. Abbott, one of the Masters of the Court, to submit to an examination on oath touching his property, and to make an assignment thereof to a receiver, in pursuance of the Master's summons duly served on him for that purpose. The motion was opposed on the ground proceedings had been had on the order for the appointment of a receiver, before E. Taylor, another Master, before whom defendant had appeared and submitted to several examinations, when the proceedings were transferred to Mr. Abbott without defendant's consent, or any order of Court for that purpose.

*A. Davidson,* in support of the motion.

*E. B. Harrington,* contra.

THE CHANCELLOR. The motion must be denied. The proceedings under an order of reference should be completed by the Master before whom they are commenced. If, for any cause, this cannot be done, they may, by an order of Court, on a special motion made for that purpose, be transferred to another Master to be completed.

Motion denied.